**Order entered June 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00275-CR
No. 05-15-00277-CR

**WESLEY GERARD JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-60306-P, F12-16783-P**

## ORDER
Before Justices Francis, Lang-Miers, and Whitehill

Based on the Court's opinion of this date, we **DIRECT** the Clerk to issue the mandates in

these appeals **INSTANTER**.

/s/ BILL WHITEHILL
   JUSTICE